## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIRELL MAZER, et al., <br>         Plaintiffs, | CIVIL No. 1:19-cv-01838 |
| v. | (JONES, C.J.) <br> (SAPORITO M.J.) |
| FREDERICK MUTUAL <br> INSURANCE COMPANY, <br>         Defendant. | |

FILED
WILKES BARRE
MAR 05 2021
PER
MS
DEPUTY CLERK

### **ORDER**

**AND NOW**, this 5th day of March, 2021, in accordance with the accompanying Memorandum, and following our *in-camera* review of documents provided to the court by the defendant regarding the plaintiffs' motion to compel unredacted claim file (Doc. 65), **IT IS HEREBY ORDERED** that:

1.    The defendant shall **PRODUCE** to the plaintiffs without redaction **within fourteen (14) days** copies of the following documents: FMIC 000001-000003, 000007, 000009, 000010-000016, 000019, 000022, 000294, 000298, 000299, 000324, 000325, 000328, 000330, 000331, 000342, 000392, 000465, 000468, 000481, 000485, 000539, 000561.

2.    The following documents shall remain redacted and shall be

**WITHHELD** from disclosure as protected mental impressions of the defendant's representatives, prepared in anticipation of litigation: FMIC000126, 000284-000287, and 000334.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: March 5, 2021